PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>Omar Torres-Rangel,<br>aka Omar Torres and Omar Rangel,<br><br>              Defendant. | CASE NO. 5:23-MJ-00022-CDB<br><br>ORDER ON MOTION TO UNSEAL CASE |

   Good cause appearing due to the defendant's pending initial appearance in this case and on motion by the Unitd States of America, it is ordered that the Complaint and all other court filings in the case be UNSEALED.

IT IS SO ORDERED.

   Dated:   **July 13, 2023**                                      _____
                                                                                  UNITED STATES MAGISTRATE JUDGE