HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
OMAR TORRES-RANGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-mj-00022-CDB |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE DETENTION HEARING; ORDER** |
| vs. | Date:  July 21, 2023 |
| OMAR TORRES-RANGEL, | Time:  2:00 p.m. |
| Defendant. | Judge: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Omar Torres-Rangel, that the Court may continue the detention hearing currently scheduled for July 19, 2023, to July 21, 2023, at 2:00 p.m.

Mr. Torres-Rangel made his initial appearance on July 14, 2023, during which the Court set a detention hearing for July 19, 2023. At the time of his initial appearance, Mr. Torres-Rangel was hospitalized. Due to his hospitalization, Pretrial Services has had insufficient time to interview Mr. Torres-Rangel. Accordingly, the parties request that the Court continue the detention hearing until July 21, 2023, at 2:00 p.m. to allow Pretrial Services sufficient time to prepare its report. Because the requested date is within five days of the initial appearance, no finding of good cause is necessary.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| Date: July 18, 2023 | /s/ Joseph Barton<br>JOSEPH BARTON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: July 18, 2023 | /s/ Erin Snider<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>OMAR TORRES-RANGEL |

### O R D E R

**IT IS SO ORDERED.** The detention hearing currently scheduled for July 19, 2023, at 2:00 p.m. is hereby continued to July 21, 2023, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **July 18, 2023**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE